DECISIONS PER CURIAM, FROM OCTOBER 2,
   1922, TO AND INCLUDING JANUARY 29, 1923,
   NOT INCLUDING ACTION ON PETITIONS FOR
   WRITS OF CERTIORARI.

No. 183. SETH GETTYS ET AL., ETC., v. SILVAN NEW-
BURGER ET AL. Error to the Circuit Court of Appeals
for the Eighth Circuit. Motion to dismiss or affirm sub-
mitted October 3, 1922. Decided October 9, 1922. *Per
Curiam.* Dismissed for want of jurisdiction upon the
authority of *Spencer* v. *Duplan Silk Co.,* 191 U. S. 526,
530; *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v.
*Burr,* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S.
144, 147. *Mr. W. A. Ledbetter, Mr. H. L. Stuart* and
*Mr. R. R. Bell* for plaintiffs in error. *Mr. Henry G.
Snyder, Mr. Henry E. Asp* and *Mr. Bernard Titche* for
defendants in error.

———

No. 312. ALTITUDE OIL COMPANY v. PEOPLE OF THE
STATE OF COLORADO. Error to the Supreme Court of
the State of Colorado. Motion to dismiss or affirm sub-
mitted October 3, 1922. Decided October 9, 1922. Dis-
missed for want of jurisdiction upon the authority of:
(1) *Equitable Life Assurance Society* v. *Brown,* 187
U. S. 308, 314; *Consolidated Turnpike Co.* v. *Norfolk,
etc., Ry. Co.,* 228 U. S. 596, 600; *Pennsylvania Hospital*
v. *Philadelphia,* 245 U. S. 20, 24; (2) *Southwestern Oil
Co.* v. *Texas,* 217 U. S. 114; *Singer Sewing Machine Co.*
v. *Brickell,* 233 U. S. 304, 315; *Lake Shore & Michigan
Southern Ry. Co.* v. *Clough,* 242 U. S. 375, 385. *Mr.
Norton Montgomery* for plaintiff in error. *Mr. Victor
E. Keyes* and *Mr. J. J. Laton* for defendant in error.